VAN OLINDA, Appellant. v. HALL, Respondent. (Supreme Court, Appellate Division, Third Department. September 22, 1896.) Action by Josephine Van Olinda against Mary B. Hall. No opinion. Judgment affirmed, with costs. All concur.

WALSH, Respondent, v. WALSH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Action by Anna Walsh against Andrew J. Walsh. No opinion. Order affirmed, with $10 costs and disbursements.

WALSMANN v. TAMSEN. (Supreme Court, Appellate Division, First Department. January 14, 1896.) No opinion. Order affirmed, with $10 costs and disbursements.

WARD v. BURGHER. (Supreme Court, Appellate Division, Third Department. September 14, 1896.) Summary proceedings by J. Q. A. Ward against Homer Burgher. No opinion. Motion for a reargument, or for leave to go to the court of appeals, denied. See 35 N. Y. Supp. 961.

WHITE v. ANDREWS. (Supreme Court, Appellate Term, First Department. January 31, 1896.) No opinion. Motion to add causes to calendar granted.
(9 App. Div. 621)
In re WHITNEY. (Supreme Court, Appellate Division, First Department. September 9, 1896.) No opinion. Order affirmed, with $10 costs and disbursements, on the authority of People v. Waring, 1 App. Div. 594, 37 N. Y. Supp. 478; Id., 149 N. Y. 621, 44 N. E. ——.

WILDS et al., Respondents, v. WILCOX et al., Appellants. (Supreme Court, Appellate Division, First Department. September 9, 1896.) Action by Judson B. Wilds and others against Mary P. Wilcox and others. D. Welch, for appellants. G. C. Holt, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re WILLIAMS. (Supreme Court, Appellate Division, Fourth Department. March, 1896.) Application by Harry D. Williams to compel the county clerk of Erie county to file certificates of nominations. No opinion. Order reversed, with costs.

WOOD v. CHARDON. (Supreme Court, Appellate Division, First Department. January 14, 1896.) No opinion. Order affirmed, with $10 costs and disbursements.

WOODBRIDGE, Respondent, v. MARKS, Appellant. (Supreme Court, Appellate Division, Third Department. July 7, 1896.) Action by William R. Woodbridge against William D. Marks. No opinion. Motion for leave to go to the court of appeals denied, without costs. See 36 N. Y. Supp. 81, affirmed in 40 N. Y. Supp. 728.

WYOMING VALLEY SUIT CO., Respondent, v. SEARS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 30, 1896.) Action by the Wyoming Valley Suit Company against William E. Sears and Walter R. Westbrook. No opinion. Judgment and order affirmed, with costs. GREEN, J., not sitting.

END OF CASES IN VOL. 40.